UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:15-cv-00818

PEDRO FRANQUI,

    Plaintiff,

v.

FINANCIAL CORPORATION OF AMERICA

    Defendant.
_____/

NOTICE THAT DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT IS UNOPPOSED

COMES NOW, Defendant by and through its undersigned counsel, and hereby files this, Defendant's Notice that Defendant's Motion for Summary Judgment (DE 16) is unopposed, and states as follows:

1. Plaintiff brought this action for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559, *et seq.* ("FCCPA"). *See,* DE 1.

2. On April 1, 2016, Defendant filed its Motion for Summary Judgment (hereinafter "Defendant's Motion"). *See,* DE 16.

3. Pursuant to Middle District of Florida Local Rule 3.01(b) and Federal Rule of Civil Procedure 6(d), Plaintiff had until April 18, 2016 to file a response including a memorandum of legal authority in opposition to Defendant's Motion.[1]

---

[1] Middle District of Florida Local Rule 3.01(b) provides that "[e]ach party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages." Federal Rule of Civil Procedure 6(d) provides for an additional three (3) days when a party must act within a specified time after service made through electronic means (i.e. CM/ECF filing). Accordingly, Plaintiff had a total of seventeen (17) days to response to Defendant's Motion.

4. As of the date of the filing of the instant Notice, Plaintiff has not filed a response to Defendant's Motion, nor has Plaintiff moved for an extension of time within which to do so.

5. Accordingly, because Plaintiff can no longer timely oppose Defendant's Motion, Defendant hereby notifies the Court that Defendant's Motion is unopposed.

Respectfully submitted by:

/s/ Charles J. McHale
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
Charles J. McHale, Esquire
FBN:  0026555
201 North Armenia Avenue
Tampa, FL  33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dgolden@gsgfirm.com
Email: cmchale@gsgfirm.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Charles J. McHale
      Charles J. McHale, Esquire