# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**PEDRO FRANQUI,**

      **Plaintiff,**

**v.**                                     **Case No: 8:15-cv-818-T-35AEP**

**FINANCIAL CORPORATION OF
AMERICA,**

      **Defendant.**

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Notice that Defendant's Motion for Summary Judgment is Unopposed (Dkt. 16) filed by Defendant, Financial Corporation of America, on April 19, 2016.   Defendant's Notice states that pursuant to Local Rule 3.01(b) and Federal Rule of Civil Procedure 6(d), Plaintiff had until April 18, 2016 to file his Response in opposition to Defendant's Motion for Summary Judgment.

However, on October 27, 2015, the Court entered a Case Management and Scheduling Order ("CMSO") which provided that "[e]ach party opposing a motion for summary judgment shall serve, within **thirty (30) days** after being served with such motion, a legal memorandum with citation of authorities in opposition to the relief requested of not more than **twenty (20) pages**."   (Dkt. 15 at P. 6) (emphasis in original). Therefore, in accordance with the controlling CMSO and Rule 6(d), Plaintiff's response to Defendant's Motion for Summary Judgment is not due until May 5, 2016.

Accordingly, it is hereby **ORDERED** that Defendant's Notice that Defendant's Motion for Summary Judgment is Unopposed (Dkt. 16) is **STRICKEN**.   Plaintiff shall file his Response in opposition to Defendant's Motion for Summary Judgment on or before **May 5, 2016**.   Failure to oppose the Motion for Summary Judgment may result in the entry of a judgment for the movant without further proceedings.   See Milburn v. United States, 734 F.2d 762, 765 (11th Cir. 1984); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985) (per curiam); FED. R. CIV. P.56 (e).

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of April, 2016.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person