UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

8:15-cv-00818-MSS-AEP

PEDRO FRANQUI
    Plaintiff,

V.

FINANCIAL CORPORATION OF AMERICA,
    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, **PEDRO FRANQUI**, and Defendant, **FINANCIAL CORPORATION OF AMERICA** (the "Parties"), by and through the undersigned counsel of record, and consistent with Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Local Rule 3.08, the Parties hereby stipulate and agree: (1) that all matters and claims pending between them has been amicably settled and resolved between the Parties, and (2) that the Plaintiff's pleadings and claims in this lawsuit shall be dismissed with prejudice against Defendant **FINANCIAL CORPORATION OF AMERICA** .

It is further stipulated by these Parties that each party to this lawsuit shall bear his/its own attorneys' fees and costs as to the Plaintiff's claims herein, and that they jointly request that this Court: dismiss Plaintiff's pleadings and claims with prejudice (with each party to bear his/its own attorneys' fees and costs.  The attached proposed final Order of Dismissal with Prejudice is incorporated by reference herein.

Dated: May 2, 2016

| | |
|---|---|
| W. John Gadd, Esq.<br>**Employment, Injury, & Aviation Law Center, P.A.**<br>Bank of America Building<br>2727 Ulmerton Road<br>Suite 250<br>Clearwater, FL 33762<br>*Attorneys for Plaintiff*<br><br>And<br><br>Lisa R. Wilcox, Esq.<br>**Wilcox Law, P.A.**<br>721 1st Avenue North, Ste. 100 St Petersburg, FL 33701-3603 *Co-Counsel for Plaintiff*<br>　　　/s/ Lisa Wilcox/<br>By:　_____<br>　　　Lisa R. Wilcox<br>　　　Florida Bar No. 697291<br>　　　lisa@wilcoxlawpa.com | *Attorneys for Defendant*<br><br>By　　/s\_/Charles McHale, Jr/<br>　　　Charles James McHale, Jr<br>　　　cmchale@gsgfirm.com,<br>　　　Florida Bar No.  26555<br>　　　Golden Scaz Gagain, PLLC<br>　　　201 N Armenia Ave<br>　　　Tampa, FL 33609-2303 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May, 2016 I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　LISA R. WILCOX